UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RICARDO MOORE,**

    **Plaintiff,**

v.

**CITY OF DETROIT, a municipality,
CITY OF DETROIT POLICE DEPARTMENT,
and former CHIEF JERRY OLIVER,
jointly and severally,**

    **Defendant.**

Case No. 04-60004-AA

Hon. Marianne O. Battani

_____/

| LAW OFFICES OF ISAIAH LIPSEY | CITY OF DETROIT LAW DEPARTMENT |
|---|---|
| Isaiah Lipsey (P57361) | Valerie Colbert-Osamuede (P42506) |
| Attorney for Plaintiff | Dara M. Chenevert (P51283) |
| 17000 W. Ten Mile Road, 2nd Floor | Attorneys for Defendants |
| Southfield, MI 48075 | 660 Woodward Ave., Ste. 1650 |
| (248) 552-8787 | Detroit, MI 48226 |
| | (313) 224-4550 |

_____/

## ORDER OF JUDGMENT

**IT IS HEREBY ORDERED** that the Judgment rendered by the jury at the trial in the above-named matter on February 3, 2006, be entered as follows:

    $190,000 from Defendant City of Detroit to Plaintiff, Ricardo Moore; and

    $10,000 from Defendant former Chief Jerry Oliver to Plaintiff, Ricardo Moore, exclusive of costs, interest, attorney fees or other relief.

    **IT IS SO ORDERED.**

                                     s/Marianne O. Battani
                                       UNITED STATES DISTRICT COURT JUDGE

DATED: February 13, 2006